Vera M. Scanlon, USMJ
Conference Orders, Continued

Case: Lopez Rodriguez     Civ. A. 18-2837

Date: 10/4/2018

**Additional Orders:**

The agreement, with the deletion of ¶ 9 and the understanding that each of the 4 payments will be divided 1/3 to π attorney and 2/3 to π, is approved as fair & reasonable under Cheeks for the reasons stated on the record.

π counsel to file notice of appearance.

Page 8 of 20